UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-81408-RLR

MELISSA JOHNSON,

      Plaintiff,

v.

APX OPERATING COMPANY, LLC,
d/b/a BOOMERS PARKS,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Melissa Johnson, hereby submits this Notice of Settlement to notify the Court that Plaintiff and Defendant, APX Operating Company, LLC, d/b/a Boomers Parks, have settled all claims, directly and indirectly, involved with this case. Further, Plaintiff reports the parties are preparing the formal documents finalizing the settlement. Finally, Plaintiff anticipates the settlement with Defendant will be finalized, including the filing of the appropriate dismissal papers, within twenty-one (21) business days.

1

Dated: January 24, 2025.

Respectfully submitted,

s/ Michael L. Buckner

_____

Michael L. Buckner, Esquire
Florida Bar No. 106331
BUCKNER LEGAL SELF-HELP PROGRAM, INC.
Email: michaelbucknerlaw@gmail.com
5224 NW 96th Drive
Coral Springs, Florida 33076-2487
Office: +1-954-347-0112
Facsimile: +1-954-513-4796

*Attorney for Plaintiff,*
*Melissa Johnson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jeffrey William Johnson, Esquire
Johnson Law Group
1900 NW Corporate Boulevard
Suite 450 West
Boca Raton, Florida 33431

*Attorneys for Defendant,*
*APX Operating Company, LLC, d/b/a Boomers Parks*

s/ Michael L. Buckner

_____

Michael L. Buckner, Esquire

2