UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-81408-RLR

MELISSA JOHNSON,

      Plaintiff,

v.

APX OPERATING COMPANY, LLC,
d/b/a BOOMERS PARKS,

      Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Melissa Johnson, and Defendant, APX Operating Company, LLC, d/b/a Boomers Parks, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to Plaintiff's voluntary dismissal with prejudice of each and every claim, cause of action, and complaint by and between the Plaintiff and the Defendant pursuant to a Settlement Agreement and Release executed and entered by the Parties, with each party to bear, and be solely and exclusively liable and responsible for, its own attorney's fees and costs.

A proposed Order is attached to this Joint Stipulation as Exhibit A.

1

Dated: March 2, 2025.

Respectfully submitted,

/s/ Michael L. Buckner

_____

Michael L. Buckner, Esquire
Florida Bar No. 106331
Email: michaelbucknerlaw@gmail.com
Buckner Legal Self-Help Program, Inc.
5224 NW 96th Drive
Coral Springs, Florida 33076-2487
Office: 954-347-0112
Facsimile: 954-513-4796

*Attorney for Plaintiff,*
*Melissa Johnson*

/s/ Jeffrey William Johnson

_____

Jeffrey William Johnson, Esquire
Florida Bar No. 705489
Email: jwj@j2law.com
Mandi D. Stephenson, Esquire
Florida Bar No. 847501
Email: mds@j2law.com
Johnson Law Group
1900 NW Corporate Boulevard
Suite 450 West
Boca Raton, Florida 33431
Office: 561-994-9433
Facsimile: 561-994-9099

*Attorneys for Defendant,*
*APX Operating Company, LLC,*
*d/b/a Boomers Parks*

2